DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JORGE TORRES-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:06-cr-00190 LJO |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER of DENIAL |
| v. ) | |
| JORGE TORRES-RAMIREZ, ) | Date: June 18, 2007 |
| Defendant. ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for May 25, 2007, **may be continued to June 18, 2007 at 9:00 a.m.**

This continuance is requested to allow time for additional defense preparation. Defense counsel has received a plea offer from the government which she needs to present to Mr. Torres-Ramirez. In the event the offer is rejected, the government has additional discovery to provide to the defense, and the parties can then consider a trial date. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2    justice herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(A).

3                                                                                  McGREGOR M. SCOTT
                                                                                    United States Attorney
4

5    DATED: May 23, 2007                              By   /s/ Kimberly A. Sanchez
                                                           KIMBERLY A. SANCHEZ
6                                                          Assistant United States Attorney
                                                           Attorney for Plaintiff
7

8                                                          DANIEL J. BRODERICK
                                                           Federal Defender
9

10   DATED: May 23, 2007                              By   /s/ Melody M. Walcott
                                                           MELODY M. WALCOTT
11                                                         Assistant Federal Defender
                                                           Attorney for Defendant
12                                                         JORGE TORRES-RAMIREZ

13

14                                              **ORDER**

15   **THE REQUEST FOR A CONTINUANCE IS DENIED.  AT THE LAST HEARING, COUNSEL**
16   **INDICATED THAT IT WOULD EITHER BE READY FOR PLEA OR TRIAL SETTING AT**
17   **THE DATE CURRENTLY SET.  THE MATTER IS ONE YEAR OLD.  TRIAL WILL BE SET**
18   **AT THE MAY 25TH HEARING.**

19

20

21

22

23

24
     IT IS SO ORDERED.
25
     **Dated:    May 23, 2007**                        /s/ Lawrence J. O'Neill
26                                                     UNITED STATES DISTRICT JUDGE

27

28

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                    -2-